UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
FREDERICK KAPLAN,
                Plaintiff,

      - against -

COUNTY OF ORANGE, TOWN OF WARWICK,
ACCESS: SUPPORTS FOR LIVING INC., LAURA
ALTIERI, DARCIE M. MILLER, ALTON S. MORLEY,
FREDERICK M. HOFFMAN, SHAWN TETZLAFF,
THOMAS E. MASLANKA, and JANE DOE, All in
Their Individual Capacities and in Their Official
Capacities,

                Defendants
---------------------------------------------------------------- x

20CV1382(KMK)

JUDGMENT ENTERED
UNDER F.R.C.P. RULE 68

On June 14, 2021, plaintiff Frederick Kaplan filed the Offer of Judgment Under Rule 68(a) of the Federal Rules of Civil Procedure of defendants County of Orange and Darcie M. Miller and plaintiff Frederick Kaplan's Notice of Acceptance of Offer of Judgment with Proof of Service. Therefore, under the provisions of Rule 68(a) of the Federal Rules of Civil Procedure,

IT IS ORDERED, ADJUDGED AND DECREED that:

Plaintiff Frederick Kaplan is granted judgment against the County of Orange in the sum of $10,001.00, inclusive of attorney's fees, expenses and costs.

Dated: June 24, 2021

_____
KENNETH M. KARAS
United States District Judge